IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-241-BO

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, Plaintiff, | )<br>)<br>)<br>) |
| v. | )     O R D E R<br>) |
| ARNOLDO GONZALEZ, PAULA RUIZ, and S.J. SEABROOK, INC., Defendants. | )<br>)<br>)<br>) |

This cause is before the Court on defendants Gonzalez's and Ruiz's motion to dismiss and plaintiff's motion to amend the complaint to add AMCO Insurance Company as a plaintiff. A hearing on the matters was held before the undersigned on November 18, 2020, at Raleigh, North Carolina. At the hearing, defendants Gonzalez and Ruiz made an oral motion to withdraw their motion to dismiss. That motion is GRANTED and the motion to dismiss [DE 15] is deemed WITHDRAWN.

All defendants consent to plaintiff's motion to amend the complaint. [DE 26]. Accordingly, and as leave to amend should be freely given, Fed. R. Civ. P. 15(a), the motion [DE 25] is GRANTED. Plaintiff shall file a clean copy of the amended complaint not later than November 30, 2020. Defendants are permitted fourteen (14) days from the filing of the amended complaint to answer or otherwise respond.

SO ORDERED, this _19_ day of November, 2020.

                                                            TERRENCE W. BOYLE
                                                            CHIEF UNITED STATES DISTRICT JUDGE